in lieu of the undertaking already filed; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

AGNES M. HAINES, Respondent, v. CITY OF NEWBURGH, Appellant, and Another, Defendant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

DOLORES HAINES, an Infant, etc., by JAMES D. HAINES, Her Guardian ad Litem, Respondent, v. CITY OF NEWBURGH, Appellant, and Another, Defendant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

JAMES D. HAINES, Respondent, v. CITY OF NEWBURGH, Appellant, and Another, Defendant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

JEANNINE HAINES, an Infant, etc., by JAMES D. HAINES, Her Guardian ad Litem, Respondent, v. CITY OF NEWBURGH, Appellant, and Another, Defendant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THEODORE B. HENNENLOTTER, as Trustee in Bankruptcy of HENRY GREENE, Appellant, v. HENRY SEINFEL and Others, Respondents.— Motion to dispense with printing exhibits granted by default. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

PATRICK J. HOEY, Doing Business under the Firm Name and Style of P. J. HOEY COMPANY, Respondent, v. THOMAS JEFFERSON BURNETT and Others, Appellants, and Others, Defendants.— Motion for stay granted upon condition that appellants perfect the appeal for October ninth (for which day the case is set down) and be ready for argument when reached, and upon the further condition that the undertaking given at the time the order to show cause was signed be continued; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

PATRICK J. HOEY, Doing Business under the Firm Name and Style of P. J. HOEY COMPANY, Respondent, v. DAVID KRAUS and Others, Appellants.— Motion for stay granted upon condition that appellants perfect the appeal for October ninth (for which day the case is set down) and be ready for argument when reached, and upon the further condition that the undertaking given at the time the order to show cause was signed be continued; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

In the Matter of the Application of HARRIET M. ELLIS for Payment of Award Made for Parcels No. 192 and No. 195 on the Damage Map and in the Final Decree of the Supreme Court in the Proceeding to Acquire Title for an Addition to Dyker Beach Park, etc., in the Borough of Brooklyn, City of New York.— On consent, motion to dismiss appeal granted and appeal dismissed. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

In the Matter of the Application of GEORGE EPSTEIN, Respondent, for the Removal of THEODORE KUTZ and LAKE GROVE HOTEL, INC., from Certain Premises, Appellant.— Motion to dismiss appeal denied upon condition that appellant